# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Christopher Rayburn, as surviving son of Richard Charles Rayburn, and as Personal Representative of the Estate of Richard Charles Rayburn, | ) ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Site Work Specialists, Inc., Site Work Specialists North Dakota, Inc., Scull Construction Service, Inc., Scull Construction Service North Dakota, Inc., Frank Erck, J.A.G. Construction, LLC, and John Doe, | ) ) ) ) ) ) ) | Case No. 1:16-cv-062 |
| Defendants. | ) | |

On January 24, 2017, plaintiff filed a "Motion to Compel." Based upon information subsequently provided by the parties to the court, the motion (Docket No. 26) is deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 2nd day of February, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court